# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00629-CV

**Kappa Alpha Order, Inc.; Omicron Chapter of Kappa Alpha Order;
The Alumni Receivership Committee for the Omicron Chapter of Kappa Alpha Order;
and H. Robert Hohenberger, Jr., Appellants**

**v.**

**UT Texas Omicron, Inc. and UT Texas Omicron Educational Corporation, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-11-002936, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Kappa Alpha Order, Inc.; Omicron Chapter of Kappa Alpha Order; The Alumni Receivership Committee for the Omicron Chapter of Kappa Alpha Order; and H. Robert Hohenberger, Jr. and appellees UT Texas Omicron, Inc. and UT Texas Omicron Educational Corporation have notified this Court that they no longer wish to pursue this appeal and have filed a joint motion to dismiss it.  We grant the parties' motion and dismiss this appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Joint Motion

Filed:   December 12, 2014